M. P. No. 77-78. LINCOLN DIMENSIONAL TUBE, INC. *v.* CPL CORPORATION. Treating this petition for writ of certiorari as an appeal, (see *Johnson* v. *Johnson,* 111 R.I. 46, 298 A.2d 795 (1973)), the defendant's motion for a stay of proceedings is denied for failure to comply with Rule 8 of this court. Bevilacqua, C.J. not participating. *Saunders & Torres, Ernest C. Torres,* for plaintiff. *Adler, Pollock & Sheehan Incorporated, Peter Lawson Kennedy,* for defendant.

C. A. No. 75-314. STATE *v.* GEORGE A. MARSHALL. Motion of State to affirm the judgment below pursuant to Rule 16(g) is denied.

Case is assigned to the calendar for April 6, 1977, 9:30 a.m., for oral argument. The defendant will be expected to *show cause* why his appeal should not be dismissed, since his appeal is to the trial justice's denial of a motion to suppress and he has cited no cases for the proposition that at a suppression hearing the State must prove that the seized article was in the plain view of the officer who first saw it. Bevilacqua, C.J. not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Corcoran, Peckham & Hayes, Joseph T. Houlihan,* for defendant.

APPEAL No. 73-6. STEVEN NAGY *v.* JOHN F. MCBURNEY. Edwin H. Hastings, Esq. is appointed to represent the plaintiff in the further prosecution of his appeal. Bevilacqua, C.J. not participating. *Edwin H. Hastings,* for plaintiff. *John F. McBurney,* defendant, pro se.